**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSHUA BRADSHAW,                          :    No. 27 MM 2018
                                          :
                    Petitioner            :
                                          :
                                          :
                                          :
            v.                            :
                                          :
                                          :
                                          :
JUDGE FRED A. PIERANTONI III,             :
DISTRICT ATTORNEY STEPHANIE               :
SALAVANTIS, CLERK OF COURTS JOAN          :
HOGGARTH, COUNSEL FOR LUZERNE             :
COUNTY COMMON PLEAS COURT A.              :
TAYLOR WILLIAMS,                          :
                                          :
                    Respondents           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.